**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR., by and through DIANE MARIE FUNKHOUSER, Administrator of the Estate of Elliott Naythan Funkhouser, Sr.**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DELAWARE COUNTY, et al.**,<br><br>*Defendants*. | **Case No. 2:24-cv-01091-JDW** |

### <u>ORDER</u>

**AND NOW**, this 19th day of February, 2026, upon consideration of Plaintiff's Motion To Compel Production Of The Wellpath Clinical Mortality Review Report (ECF No. 138), and for the reasons set forth in the accompanying Memorandum, the Motion is **GRANTED**, and the Wellpath Employees shall produce the Report to the Estate by February 23, 2026.

It is **FURTHER ORDERED** that on or before February 27, 2026, the Parties may submit memoranda, not to exceed 7 pages each, as to whether I should Order the Wellpath Defendants, or their counsel, to pay the Estate's reasonable expenses incurred in making the Motion, including its reasonable attorney's fees, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.