IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR. BY AND THROUGH DIANE MARIE FUNKHOUSER, ADMINISTRATOR OF THE ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR., | : : : : : : | CIVIL ACTION NO. 2:24-cv-1091 |
| Plaintiffs, | : : | **JURY TRIAL DEMANDED** |
| v. | : | |
| DELAWARE COUNTY; GEO GROUP, INC.; Joint Ex.IL AND OVERSIGHT BOARD OF DELAWARE COUNTY PENNSYLVANIA; LAURA WILLIAMS; MICHAEL MOORE; SGT. MOHAMMED FAKOLEE; S. BROWNELL; WELLPATH LLC; KRISTEN GRADY; SERENE EDDY; NINA CHYCHULA and MEGAN GILBERT, | : : : :: :: | |
| Defendants. | | |

**UNOPPOSED JOINT MOTION OF DEFENDANTS AND PLAINTIFF SEEKING LEAVE TO FILE UNDER SEAL CONFIDENTIAL AND ATTORNEYS' EYES ONLY DOCUMENTS AND INFORMATION ATTACHED TO THE PARTIES' STATEMENT OF UNDISPUTED FACTS; MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT OR IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT AND EXHIBITS ATTACHED THERETO.**

Plaintiff and Defendants, by and through their attorneys of record, hereby file the herein Unopposed and Joint Motion to file under seal the "Confidential" and "Attorneys' Eyes Only" documents protected by the June 25, 2024 Protective Order (ECF No. 41); USDC ED Pa. Local Rules 5.1.3 and 5.1.5; the Pennsylvania Mental Health Procedures Act 50 P.S. § 7111 (MHPA) that are attached as exhibits to the Joint Statement of Undisputed Facts in Support of the Parties' Motion for Summary Judgment, Motion for Summary Judgment and/or Memorandum of Law in Support or in Opposition thereto. Plaintiff and Defendants further request that this Honorable Court, allow the parties to file under seal un-redacted copies of the Parties' deposition transcripts where the testimony of the Parties refer to "Confidential Information" and/or "Attorney Eyes-Only" Information that are referenced

4

in or attached to the Defendants Statement of Undisputed Facts, Motion for Summary Judgment, Memorandum of Law in support or in opposition to the Motion for Summary Judgment. In addition, Plaintiff and Defendants jointly request that this Honorable Court allow the parties to file under seal with the court, un-redacted versions of the Defendants' Statement of Undisputed Facts; Motion for Summary Judgment; Memorandum Of Law in support and/or opposition thereto, where the Motion and/or Memorandum of Law contain "Confidential" and "Attorneys Eyes Only" information.   Plaintiff and Defendants jointly aver in support of the herein uncontested Joint Motion for Leave to File Documents Under Seal as follows:

1.    On June 25, 2024, (ECF 41) this Honorable Court filed an Uncontested Joint Discovery Confidentiality Agreement and Order attached hereto and marked as Exhibit A.

2.    The Court Approved Order permitted any party to the litigation or third party covered by the Agreement , who produces any "Confidential" material, including without limitation any information, document, thing, interrogatory answer, admission, pleading, or testimony, shall mark the same with the foregoing or similar legend: "CONFIDENTIAL" or "CONFIDENTIAL – SUBJECT TO DISCOVER CONFIDENTIALITY AGREEMENT."   See, Exhibit A para. 2.

3.    In paragraph 3 of the Court Approved Confidentiality Order, the parties and the Court agreed that "[a]ny party to this litigation and any third-party shall have the right to designate as "Attorneys' Eyes Only" ("AEO") and subject to this Agreement any information, document, or thing, or portion of any document or thing that contains highly sensitive business or personal information, the disclosure of which is highly likely to cause significant harm to any individual or the business or competitive position of the designating party.  See Exhibit A.

4.    The parties further agreed in paragraph 3 of the Confidentiality Agreement and Protective Order that, "[a]ny party to this litigation or any third party who is covered by this Agreement, who produces or discloses any 'Attorneys Eyes Only' material, including without limitation any information, document, thing, interrogatory, answer, admission, pleading, or testimony, shall mark the same with the

5

foregoing or similar legend:  "ATTORNEYS' EYES ONLY" or     "ATTORNEYS' EYES ONLY –

SUBJECT TO DISCOVERY CONFIDENTIALITY AGREEMENT" (Hereinafter "Attorneys' Eyes

Only").  See Exhibit A.

5.      The Parties to this litigation further agreed to specifically limit the use of the scope of the

Confidential and Attorneys' Eyes only documents in paragraph 5(a)-(g) of the Protective order.   See

Exhibit A, Para 5(a)-(g).

6.      Paragraph 10 of the Confidentiality and Protective Order attached hereto as Exhibit A

specifically required, "[i]f a party files a document designated "Confidential" or "Attorneys' Eyes

Only", then the party shall seek leave from the Court to file such document under Seal."   See Exhibit A,

Para. 10.

7.      The Parties now seek leave of court to Seal the documents marked "Confidential" or

"Attorneys' Eyes Only" that are attached as Exhibits to the Joint Stipulation of Undisputed Facts in

support of the Parties' Motion for Summary Judgment, the Parties' Memorandum of Law in support

thereof and/or any Memorandum of Law in opposition thereto.

8.      Some of the records marked "Confidential" and/or "Attorneys Eyes Only" in addition to

the protection of the mutually agreed upon Confidentiality Agreement and Protective Order dated June

25 2025 (ECF Doc. No. 41), consist of Medical and Mental Health Records of Plaintiff and Shad

Boccella that are also protected from disclosure pursuant to the Mental Health Procedures Act 50 P.S.

§7111l.  See, *Hahnemann University Hosp. V. Edgar*, 74 F.3d. 456 (3d. Cir. 1996).

9.      In addition, the parties specifically request that this Honorable Court permit the parties to

file under seal,  un-redacted copies of the parties' deposition transcripts where the testimony of the

parties refers to "Confidential Information" and/or "Attorney Eyes-Only" information that are

referenced to and/or attached to the Defendants' Statement of Undisputed Facts as well as un-redacted

versions of the Defendants' Motion for Summary Judgment and Memorandum of Law in support

thereof, and/or Memorandum in Opposition to the Motion for Summary Judgment, specifically where

the Motion for Summary Judgment and Memorandum of Law refer to "Confidential" and/or "Attorneys'

Eyes Only" information.

10.     USDC ED PA Local Rue 5.1.3 specifically sets forth that:

Personal identifiers such as Social Security numbers, dates of birth, financial account numbers, and names of minor children must be modified or partially redacted in all documents filed whether in paper or electronic form, except that financial account numbers that identify accounts allegedly subject to forfeiture and real property addresses that identify property allegedly subject to forfeiture need not be redacted."

11.     USDC ED PA Local Rule 5.1.5 – "Documents Filed Under Seal specifically sets forth

that:

(a)     A document in a civil action may be filed under seal only if:

(1)     the civil action is brought pursuant to a federal statute that prescribes the sealing of the record or of certain documents; or

(2)     The court orders the documents sealed.

(b)     Where a document is sealed pursuant to a federal statute, the continued status of the document under seal shall be governed by the relevant federal statute.

(c)     If no statute governs, the continued status of the document is subject to the following sections:

(1)     when a document is sealed pursuant to a court order, the court may specify an appropriate date in the future when the document may be unsealed.

(2)     If the Court has not specified the date for the document to be unsealed, following the conclusion of the action including all appeals, or during the pendency of the action for good cause shown, a party seeking access may petition the Court to unseal the document, provided that at least sixty (60) days' notice is given to the party which originally requested sealing of the document by court order.  The Court may shorten the notice period for good cause shown.

12.     It is necessary for the parties to file "Confidential" and/or "Attorneys' Eyes Only"

marked documents as Exhibits to the Joint Stipulation of Undisputed Facts; Motion for Summary

Judgment; Memorandum In Support and/or In Opposition thereto, as these documents are required to be

protected pursuant to the June 25, 2024 Court Order (ECF Doc. No. 41).

13.     The filing of this unopposed and Joint Motion for Leave to file these documents under seal is authorized by and contemplated by the parties and this Honorable Court by the filing of the June 25, 2024 Protective Order.  See Exhibit A.

14.     USDC ED PA Local Rule 5.1.3 and 5.1.5 contemplates and supports the herein Joint unopposed Motion for Leave to file the "Confidential" and "Attorneys' Eyes Only" documents under seal.

15.     The categories of documents protected by the Unopposed Stipulated Protective Order entered by the court and the categories of documents marked "Confidential" and Attorneys' Eyes Only" that will be placed under seal pursuant to the entry of the proposed Order attached hereto are:

(a)     Elliot Funkhouser's and Shad Boccella's Medical and Mental Health Records and GEO and Delaware County prison records protected by the Pennsylvania Mental Health Procedures Act 50 P.S. §7111;

(b)     GEO and Delaware County Policies and Procedures Regarding Inmate Housing Classification; and,

(c)     Photographs and/or Videos, and/or disclosure of building layouts, dayrooms, egresses, and exits points of the George W. Hill Correctional Facility,  whether depicted in drawings, photographs, or videos of the Prison.

16.     Therefore, pursuant to this Joint and Unopposed Motion for Leave to File Documents under seal pursuant to the Court's Protective Order of June 25, 2024, the parties to this litigation respectfully request that this Honorable Court place the following "Confidential" and "Attorneys Eyes Only" documents under seal that are attached to the Parties' Joint Statement of Undisputed Facts as well as the Parties' Joint Statement of Undisputed Facts, Motion for Summary Judgment and Memorandum of law in support thereof and/or in opposition thereto,  in which the Parties cite to the "Confidential" and "Attorneys Eyes Only" Information:

(a)     Elliot Funkhouser's and Shad Boccella's Medical and Mental Health Records and GEO and Delaware County prison records protected by the Pennsylvania Mental Health Procedures Act 50 P.S. §7111;

(b)      GEO and Delaware County Policies and Procedures Regarding Inmate Housing Classification;

(c)      Photographs and/or Videos, and/or disclosure of building layouts, dayrooms, egresses, and exits points of the George W. Hill Correctional Facility, whether depicted in drawings, photographs, or videos of the Prison;

(d)      Deposition transcripts where the deponent's testimony refers to "Confidential" or "Attorneys Eyes Only;" and,

(e)      Unredacted Stipulation of Undisputed Facts; Motion for Summary Judgment; Memorandum of Law in support of the Motion for Summary Judgment; and, Memorandum of Law in Opposition thereto.

**WHEREFORE, The Parties jointly** request (without opposition) that this Honorable Court enter the proposed Order, granting Plaintiff's and Defendants' leave to file under seal the "Confidential" and "Attorneys Eyes Only" documents attached as Exhibits in support of the Joint Stipulation of Undisputed Facts in support of the Parties' Motion for Summary Judgment Memorandum of Law in support thereof and/or in opposition thereto.

**BURNS WHITE LLC**

Date: June 8, 2026      By:    /s/ William J. D'Annunzio
        Stuart T. O'Neal, Esquire (*PA ID: 89097*)
        William J. D'Annunzio, Esquire
        (*PA ID: 80223*)
        Kenneth H. Rafferty, Esquire
        (*PA ID: 331855*)
        1001 Conshohocken State Road
        West Conshohocken, PA 19428
        Phone: (484) 567-5754; Fax: (484) 567-5701
        Email: stoneal@burnswhite.com
        Email: wjdannunzio@burnswhite.com
        Email: khrafferty@burnswhite.com
        ***Attorneys for Defendants,***
        ***Kristen Grady, Serene Eaddy(incorrectly identified as "Serene Eddy")***, ***Nina Chychula and Meghan Gilbert (incorrectly identified as "Megan Gilbert")***

Date: June 8, 2026      By:    /s/ Jeffrey M. Scott
        Jeffrey M. Scott, Esquire

Archer & Griener, P.C.
Three Logan Square
1717 Arch Street, 35th Floor
Philadelphia, PA 19103
Attorneys for Defendants Delaware County,
Jail Oversight Board, Laura Williams,
Michael Moore and Mohammed Fakolee.

Date: June 8, 2026          By:     /s/ Suzanne McDonough
                                    Suzanne McDonough, Esquire
                                    Holstein Associates, P.C.
                                    115  N. Jackson Street
                                    Media, PA 19063
                                    Attorneys for Defendant, GEO Group, Inc.

Date: June 8, 2026          By:     /s/Michael LaRosa
                                    Michael LaRosa, Esquire
                                    LaRosa Law Firm
                                    959 West Chester Pike
                                    Havertown, PA 19083
                                    Attorney for Plaintiff, the Estate of
                                    Elliot Funkhouser