**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR. BY AND THROUGH DIANE MARIE FUNKHOUSER, ADMINISTRATOR OF THE ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR., | : : : : : | CIVIL ACTION NO. 2:24-cv-1091 |
| Plaintiffs, | : : | **JURY TRIAL DEMANDED** |
| v. | : : : | |
| DELAWARE COUNTY; GEO GROUP, INC.; Joint Ex.IL AND OVERSIGHT BOARD OF DELAWARE COUNTY PENNSYLVANIA; LAURA WILLIAMS; MICHAEL MOORE; SGT. MOHAMMED FAKOLEE; S. BROWNELL; WELLPATH LLC; KRISTEN GRADY; SERENE EDDY; NINA CHYCHULA and MEGAN GILBERT, | : : : : : : : : | |
| Defendants. | : : : : | |

## CERTIFICATE OF UNCONTESTED MOTION PURSUANT TO LOCAL RULE 7.1(b)

I Stuart T. O'Neal, Esquire Counsel for Defendants, Kristen Grady, Nina Chychula, Meghan Gilbert and Serene Eaddy state that I have conferred with all counsel and the attached Motion for Leave to Seal Records is a Joint and Uncontested Motion.

**BURNS WHITE LLC**

Date: June 8, 2026          By:    /s/ William J. D'Annunzio
                                   Stuart T. O'Neal, Esquire (*PA ID: 89097*)
                                   William J. D'Annunzio, Esquire
                                   (*PA ID: 80223*)
                                   Kenneth H. Rafferty, Esquire
                                   (*PA ID: 331855*)
                                   1001 Conshohocken State Road
                                   West Conshohocken, PA 19428
                                   Phone: (484) 567-5754; Fax: (484) 567-5701

21

Email: mailto:drjohnson@burnswhite.com
Email: wjdannunzio@burnswhite.com
Email: khrafferty@burnswhite.com
***Attorneys for Defendants,***
***Kristen Grady, Serene Eaddy(incorrectly***
***identified as "Serene Eddy")***, ***Nina Chychula and***
***Meghan Gilbert (incorrectly identified as "Megan***
***Gilbert")***

22