**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ESTATE OF ELLIOTT NAYTHAN FUNKHOUSER, SR., by and through DIANE MARIE FUNKHOUSER, Administrator of the Estate of Elliott Naythan Funkhouser, Sr.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **DELAWARE COUNTY, et al.**, <br><br> *Defendants.* | **Case No. 2:24-cv-01091-JDW** |

## <u>ORDER</u>

**AND NOW**, this 8th day of July, 2026, upon consideration of the Parties' Unopposed Joint Motion Of Defendants And Plaintiff Seeking Leave To File Under Seal Confidential And Attorneys' Eyes Only Documents And Information Attached To The Parties' Statement Of Undisputed Facts; Motion for Summary Judgment; Memorandum Of Law In Support Or In Opposition To The Motion For Summary Judgment And Exhibits Attached Thereto (the "Motion To Seal") (ECF No. 153), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows.

1.	Defendants' Statement Of Facts, Plaintiffs' Response, and Defendants' Reply In Support Of Motion For Summary Judgment (the "SOF") and all related exhibits (that is, all filings subsumed in ECF Nos. 161-166) are **STRICKEN**.

2.	On or before July 13, 2026, the Parties shall confer and organize the exhibits that they are submitting in connection with their various pending motions so that the exhibits are organized, not duplicative, and not unduly segmented. For example, if the Parties cite multiple parts of a single deposition, then they must submit the relevant portions of the deposition transcript as a single exhibit. To the extent the Parties cite a document, they must submit it only once.

3.	On or before July 13, 2026, the Parties shall submit a revised SOF, consistent with my Policies And Procedures, this Order, and the accompanying Memorandum, that cites to exhibits that the Parties revise and refile consistent with the requirements that I set forth in this Order and the accompanying Memorandum, including a version of the SOF that is under seal (unredacted) and a version that is redacted and available on the public docket.

4.	The Motion is **GRANTED** with respect to the Parties' proposed redactions to Exhibits 6, 10, 12, 14, 21, 33, 37, 46, 52, 54 , 65 (at 46:1-22), 69, 75-79, 81, 82, 84, 86-89, 92, 100, 102 (at 78:19 – 79:2), 153, and 159-160, as well as portions of the SOF that reference material from those exhibits. When the Parties refile their exhibits, they shall file

unredacted versions of those exhibits under seal and redacted versions on the public docket.

5.    The Motion is **DENIED** with respect to the Parties' proposed redactions to Exhibits 4, 7-9, 11, 13, 15-20, 27-28, 31, 34-35, 38-42, 44, 47-51, 53, 55-57, 59, 63-64, 65 (at 46:23 – 47:24), 72-74, 80, 83, 85, 90, 93-99, 101, 102 (at 79:8-24), 103-115, 118-127, 130-131, 134, 137, 140, 143-146, 148-149, 151-152, 154-158, 161-162, and 173, as well as portions of the SOF that reference material from those exhibits. When the Parties refile their exhibits, they shall file unredacted versions of these documents on the public docket.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.